JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVARD AYANYAN, <u>et</u> <u>al.</u>, | Case No. CV 14-1292 FMO (AJWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA), <u>et</u> <u>al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.


Dated this 2nd day of April, 2014.


/s/
Fernando M. Olguin
United States District Judge